## (July 5, 1962)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS JOSEPH RYAN, Appellant.— Time to perfect appeal extended 90 days. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO GOLDMAN, Also Known as DAN A. MITCHELL, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ LOUIS CORREALE, Appellant, v. UNEMPLOYMENT INSURANCE APPEAL BOARD, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.